# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUDSON SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>SCOTT HOFER, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 20-CV-0852-BAS-RBB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**(ECF No. 60)** |

　　　Before the Court is the parties' joint motion to dismiss with prejudice this action pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(2).  (Joint Mot., ECF No. 60.)

　　　"Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).  "The Ninth Circuit has long held that the decision to grant a voluntary dismissal under Rule 41(a)(2) is addressed to the sound discretion of the [d]istrict [c]ourt[.]" *Hamilton v. Firestone Tire & Rubber Co.*, 679 F.2d 143, 145 (9th Cir. 1982) (citing, *inter alia*, *Sams v. Beech Aircraft Corp.*, 625 F.2d 273, 277 (9th Cir. 1980)); *Blue Mountain Constr. Corp. v. Werner*, 270 F.2d 305, 306 (9th Cir. 1959), *cert. denied*, 361 U.S. 931 (1960).  "A district court should grant a motion for dismissal under Rule 41(a)(2) unless a defendant can show it will suffer some plain legal prejudice as a result." *Smith v. Lenches*,

263 F.3d 972, 975 (2001) (footnote omitted).  "Legal prejudice" is "prejudice to some legal interest, some legal claim, [or] some legal argument."  *Westlands Water Dist. v. United States*, 100 F.3d 94, 97 (9th Cir. 1996).  A defendant is not said to suffer "legal prejudice" from:  (1) "[u]ncertainty because a dispute remains unresolved" or the "threat of future litigation"; (2) the inconvenience of having to defend itself in a different forum; or (3) a plaintiff gaining a tactical advantage through dismissal.  *Smith*, 263 F.3d at 976 (citing *Hamilton*, 679 F.2d at 145).

Because Defendants do not identify, nor does the Court find apparent, any legal prejudice that might result from dismissal of this action with prejudice, the Court **GRANTS** the Motion and **DISMISSES WITH PREJUDICE** Love's claims.  (ECF 60.)  Costs and fees are to be handled in accordance with the settlement agreement executed by the parties.  (*Id.* ¶ 3.)

**IT IS SO ORDERED.**

**DATED: March 3, 2022**

Hon. Cynthia Bashant
United States District Judge